UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHU SHUKLA,

                Plaintiff,

-against-

GOOGLE LLP and DELOITTE CONSULTING LLP,

                Defendants.

24-CV-2470 (JGLC)

**ORDER OF DISMISSAL**

---

JESSICA G. L. CLARKE, United States District Judge:

    On August 2, 2024, the Court dismissed Plaintiff's complaint in a related action and imposed a litigation bar against Plaintiff. *See Shukla v. Meta Platforms Inc. et al*, No. 20-CV-10150 (JGLC) (GS) (S.D.N.Y Aug. 2, 2020) ("*Shukla VI*") (ECF No. 90). For substantially the same reasons, the Court finds Plaintiff's claims in this action ("*Shukla VII*") to be "precluded by *res judicata*, time-barred, clearly baseless, and in violation of Federal Rule of Civil Procedure 8(a)." *Id*. Thus, this action is dismissed with prejudice.

    The Clerk of Court is directed to close the case and to mail a copy of this Order to Plaintiff.

Dated: August 6, 2024
       New York, New York

                                              SO ORDERED.

                                              *Jessica Clarke*
                                              JESSICA G. L. CLARKE
                                              United States District Judge