UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHU SHUKLA,

                Plaintiff,

-against-

GOOGLE LLP and DELOITTE CONSULTING LLP,

                Defendants.

24-CV-2470 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    The Court has reviewed Plaintiff's motion for reconsideration, ECF No. 19, and finds no basis for reconsideration. The Court dismissed the case because Plaintiff's claims in this action precluded by *res judicata*, time-barred, clearly baseless, and in violation of Federal Rule of Civil Procedure 8(a). ECF No. 17. Plaintiff provides no valid basis to reconsider that Order. *See* Local Rule 6.3.

    Accordingly, Plaintiff's motion for reconsideration is DENIED. The Clerk of Court is directed to terminate the motion at ECF No. 19 and to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated:  August 22, 2024
          New York, New York

                                              *Jessica Clarke*
                                              JESSICA G. L. CLARKE
                                              United States District Judge