UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ashu SHUKLA,

                Plaintiff,

-against-

GOOGLE LLC & DELOITTE CONSULTING LLP,

                Defendants.

24-CV-2470 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff filed a motion for reconsideration for the second time on September 19, 2024. The Court has already denied Plaintiff's motion for reconsideration filed August 7, 2024. See ECF No. 21. Plaintiff is directed to discontinue filing such motions. The Clerk of Court is directed to terminate ECF No. 23.

Dated:  September 23, 2024
         New York, New York

                                            SO ORDERED.

                                            *Jessica Clarke*

                                            JESSICA G. L. CLARKE
                                            United States District Judge