UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHU SHUKLA,

                Plaintiff,

-against-

DELOITTE CONSULTING LLP and GOOGLE LLP,

                Defendants.

24-CV-2470 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

On October 24, 2024, Plaintiff filed a motion for "continuing violations and/or continuance." ECF No. 28. This case had already been dismissed and Plaintiff's multiple motions for reconsideration have been denied. *See* ECF Nos. 17, 21, 25. Plaintiff's motion at ECF No. 28 marks the third time in this case that Plaintiff is seeking to relitigate issues that this Court has already decided. Plaintiff's motion at ECF No. 28 is DENIED.

The Plaintiff is directed to cease filing such motions. The Plaintiff is notified that the Court "may impose filing restrictions if confronted with extraordinary circumstances including a demonstrated history by the party of vexatious or frivolous filings." *Sweigert v. Goodman*, No. 18-CV-8653 (VEC), 2022 WL 168080, at *11 (S.D.N.Y. Jan. 19, 2022) (internal citations omitted). These restrictions include the institution of a "leave of court" requirement with respect to future filings. *Id.* If Plaintiff files another motion seeking to relitigate the issues that have already been decided, then he will be directed to show cause why the Court should not enter an order requiring Plaintiff to seek leave of the Court before making *any* filings in this case that have not previously been ordered.

The Clerk of Court is directed to terminate ECF No. 28.

Dated: October 29, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge