MANDATE

1:24-cv-02470-JGLC

**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of December, two thousand twenty-four,

---

Ashu Shukla,

Petitioner,

v.

Deloitte Consulting LLP, Google LLP,

Respondents.

---

**ORDER**
Docket No. 24-3209

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 3/7/2025

On January 20, 2022 this Court entered an order in Shukla v. Apple Inc. docket number 22-591, 21-3095, 22-640 requiring appellant to file a motion seeking leave of this Court prior to filing any future appeals.

A notice of appeal in the above referenced case was filed. The Court has no record that appellant sought the Court's permission to appeal prior to filing the notice of appeal.

IT IS HEREBY ORDERED that this case is dismissed effective January 02, 2025 unless a motion seeking leave of this Court is filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe

MANDATE ISSUED ON 03/07/2025