UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHU SHUKLA,<br><br>               Plaintiff,<br><br>-against-<br><br>DELOITTE CONSULTING LLP, et al.,<br><br>               Defendants. | 24-CV-2470 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

       The Court has received communication from Plaintiff seeking an update on his motion at ECF No. 26. For all of the reasons previously stated in the Court's orders at ECF Nos. 17, 21, 25, and 30, Plaintiff's motion at ECF No. 26 is DENIED.

Dated: September 17, 2025
       New York, New York

                                                    SO ORDERED.

                                                    *Jessica Clarke*

                                                    JESSICA G. L. CLARKE
                                                    United States District Judge