UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHU SHUKLA,<br><br>                    Plaintiff,<br><br>-against-<br><br>DELOITTE CONSULTING LLP, et al.,<br><br>                    Defendants. | 24-CV-2470 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has received another communication from Plaintiff seeking an update on his motion at ECF No. 26. The Court addressed the motion at ECF No. 35. For Plaintiff's convenience, the Court has attached its prior order below.

Dated: September 29, 2025
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHU SHUKLA,

               Plaintiff,

-against-

DELOITTE CONSULTING LLP, et al.,

               Defendants.

24-CV-2470 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received communication from Plaintiff seeking an update on his motion at ECF No. 26. For all of the reasons previously stated in the Court's orders at ECF Nos. 17, 21, 25, and 30, Plaintiff's motion at ECF No. 26 is DENIED.

Dated: September 17, 2025
       New York, New York

                                                SO ORDERED.

                                                JESSICA G. L. CLARKE
                                                United States District Judge