UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHU SHUKLA,<br><br>                       Plaintiff,<br><br>-against-<br><br>DELOITTE CONSULTING LLP and GOOGLE LLP,<br><br>                       Defendants. | 24-CV-2470 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      The Court has received another communication from Plaintiff seeking an update on his motion at ECF No. 26. The Court has ruled on all issues in this case. *See* ECF Nos. 35, 36. Plaintiff is directed to file any future correspondence on the docket.

Dated: October 29, 2025
       New York, New York

                                               SO ORDERED.

                                               *Jessica Clarke*

                                               JESSICA G. L. CLARKE
                                               United States District Judge