UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHU SHUKLA,

                    Plaintiff,

        -against-

DELOITTE CONSULTING LLP and GOOGLE
LLP,

                    Defendants.

24-CV-2470 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On December 4, 2025, the Court received an email from Plaintiff, which has been docketed at ECF No. 38. So that the docket is complete, the Court notes that it also responded to Plaintiff and copied all counsel. The Court informed Plaintiff that it has ruled on all issues in this case and has notified him to that effect on numerous occasions by mail at the address listed on the docket (202 Salem Court, Apt. 11, Princeton, NJ 08540). The Court added that, should Plaintiff prefer to receive filings over email, he must consent to electronic service. The Court pointed him to available resources and directed him to contact PACER if he continues to have difficulties.

Dated:  December 8, 2025
        New York, New York

                                        SO ORDERED.

                                        JESSICA G. L. CLARKE
                                        United States District Judge